UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FREDERICK T. RAY, III,                    :
                                                           CIVIL ACTION NO. 3:20-1697
          **Plaintiff**                :

                                                              (JUDGE MANNION)
          v.                                       :

PAMELA MCDONALD, *et al*.,       :

          **Defendants**           :

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. DOC Defendants' motion to dismiss Defendants Goyne, Lukashenski, Miller, and Ransom (Doc. 7) is **GRANTED**. The Clerk of Court is **DIRECTED** to **TERMINATE** these named Defendants from the above captioned action.

2. Defendant Mather's motion to dismiss Plaintiff's Fourteenth Amendment Due Process claim of loss of CPS certification and CPS prison job (Doc. 11) is **GRANTED**. The Clerk of Court is **DIRECTED** to **TERMINATE** Defendant Mather from the above captioned action.

3. DOC Defendants' motion to dismiss Plaintiff's Fourteenth Amendment Due Process claims regarding Administrative Confinement and loss of CPS certification and CPS prison job (Doc. 7) is **GRANTED**.

4. Remaining DOC Defendants' motion to dismiss Plaintiff's First Amendment Retaliation claims (Doc. 7) is **DENIED**.

5. Within twenty (21) days of the date of this Order, remaining DOC Defendants shall file an answer or other responsive pleading.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: March 30, 2022**
20-1697-01-ORDER